IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Miscellaneous No: 3:06mc 288

## CRIMINAL DEFENDANT REASSIGNMENT ORDER

**THIS MATTER** is before the Court on its own motion to re-assign the following defendants.

**IT IS, THEREFORE, ORDERED** that the following defendants be administratively reassigned to the Honorable Frank Whitney. The Clerk of Court is directed to serve copies of this **ORDER** on each defendant, the United States Marshal, United States Probation Office, The United States Attorney and any other judicial offices the Clerk deems appropriate.

| Case Number | # | Defendant |
| --- | --- | --- |
| 3:05cr37 | 1 | Rafael Cardell Sanders |
| 3:06cr17 | 1 | Lambert Lewis Smith |
| 3:06cr66 | 1 | Gregory Lashawn Moffitt |
| 3:04cr155 | 1 | David Michael Jernigan |
| 3:06cr44 | 1 | Adolfo Quijivix-Xicara |
| 3:06cr63 | 3 | Jerome Carlotto Davis |
| 3:05cr406 | 1 | Christopher Tino Colon |
| 3:05cr422 | 1 | John Wesley Fail |
| 3:06cr61 | 1 | Abelardo Salazar-Aguirre |

Signed: August 2, 2006